**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

South Carolina Department of Social Services, Respondent,

v.

Tina Thomas and Donnie Ray Bragg, Defendants,

Of Whom Tina Thomas is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2015-000562

———————————

Appeal From Spartanburg County
Kelly Pope-Black, Family Court Judge

———————————

Unpublished Opinion No. 2016-UP-359
Submitted July 1, 2016 – Filed July 11, 2016

———————————

**AFFIRMED**

———————————

John Brandt Rucker, of Brandt Rucker Attorney At Law, of Greenville, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent.

Michael Todd Thigpen, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:**  Tina Thomas appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2015).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Thomas's counsel.

**AFFIRMED.**[1]

**HUFF, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.